**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

**CASSANDRA POE,**

**Plaintiff;** **Case No.: 6:26-cv-00164-CHB-HAI**

**vs.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**Defendant.**

---

## FED. R. CIV. P. 7.1(a)(2) DISCLOSURE STATEMENT (Diversity Jurisdiction)

---

To provide the disclosures required by Fed. R. Civ. P. 7.1(a)(2), this disclosure statement is filed by Plaintiff, Cassandra Poe. The filer acknowledges the continuing obligation to update and supplement this statement.

1. This party or intervenor is an individual residing in Annville, Kentucky.

2. This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of ________ n/a ____________with a principal place of business in the state of _____n/a_________________.

3. This party or intervenor is a privately held corporation, incorporated in the state of ________ n/a ___________with a principal place of business in the state of _________________. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):
________n/a________________________________________________________________
_________________________________________________________________________.

4. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

____ YES _X_ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

_________________________________________________________________________
_________________________________________________________________________.

5. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

____ YES _X_ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

______________________________________________________________________________
______________________________________________________________________________.

6. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

____ YES _X_ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

______________________________________________________________________________
______________________________________________________________________________.

7. Is this party or intervenor a limited liability company or limited liability partnership?

____ YES _X_ NO

If the answer is YES, identify on attached page(s) each member of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

8. Is this party or intervenor an unincorporated association or entity?

____ YES, this party or intervenor is a ______________________________. _X_ NO

If the answer is YES, identify on attached page(s) the members of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

9. Is this party or intervenor a trust?

____ YES _X_ NO

If the answer is YES, identify on attached page(s) each trustee and each trustee's state of citizenship. If any trustee is not an individual person, the required information identifying ownership interests and state of citizenship of each sub-trustee must be provided as well.

Dated: this the 21st day of May, 2026.

**Respectfully Submitted,**

CODY ALLISON & ASSOCIATES, PLLC

/s/ K. Cody Allison
K. Cody Allison, KY Bar No. 97985
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Phone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com