AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky
Southern Division at London

COPY

CASSANDRA POE
*Plaintiff*

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
*Defendant*

Civil Action No. 6: 26-164-CHB-HAI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lincoln National Life Insurance Company
Serve: Process Agent (*via Certified Return Receipt Mail)
Corporation Service Company
315 High Street
Frankfort, KY 40601-2110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: K. Cody Allison, Esq./Samuel D. Payne, Esq.
Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Phone: 615-234-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/21/2026

*Signature of Clerk or Deputy Clerk* kja

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY

Civil Action No. 6: 26-164-CHB-HAI

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Lincoln National Life Insurance Company was received by me on *(date)* 5/21/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* The Lincoln National Life Insurance Company on *(date)* approx. 6/17/2026 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ — for travel and $ — for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/26/2026

Samuel D Payne
*Server's signature*

Samuel D. Payne, Attorney for Plaintiff
*Printed name and title*

c/o Cody Allison + Associates, PLLC
95 White Bridge Rd., Ste#250
Nashville, TN 37205
Phone: (615) 234-6000
*Server's address*

Additional information regarding attempted service, etc:

* Served by Certified Mail; see attached 5/21/2026 letter, with enclosures; plus returned green card attached.

SDP/.

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

May 26, 2026

**VIA CERTIFIED MAIL <u># 9589 0710 5270 0142 3414 64</u>**
**RETURN RECEIPT REQUESTED**

COPY

Corporation Service Company
Attn.: Process Agent
315 High Street
Frankfort, KY 40601-2110

Re: **Cassandra Poe v. The Lincoln National Life Insurance Company;**
**Civil Action No.: 6:26-cv-00164-CHB-HAI (E.D. Ky.)**

Dear Sir or Madam:

Please find enclosed the following documents for service of process in the above-referenced Federal Court lawsuit:

- Original issued **Summons** and one (1) copy;
- Two (2) copies of the **Complaint.**

If you have any questions regarding this matter or need any other information, please do not hesitate to contact me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
*Enclosures (4) (as noted)

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
Attn.: Process Agent
315 High Street
Frankfort, KY 40601-2110

9590 9402 9641 5199 3855 10

2. Article Number *(Transfer from service label)*

9589 0710 5270 0142 3414 64

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
00)

☐ Priority Mail Express®
☐ Registered Mail™
☒ Registered Mail ~~Restricted Delivery~~
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 9641 5199 3855 10

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Pike, Suite 250
Nashville, TN 37205

((C. Poe))

COPY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
Attn.: Process Agent
315 High Street
Frankfort, KY 40601-2110

9590 9402 9641 5199 3855 10

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery [illegible]
☐ Priority Mail Express®
☐ Registered Mail™
☒ Registered Mail ~~Restricted Delivery~~
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 9641 5199 3855 10

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Pike, Suite 250
Nashville, TN 37205

((C. Poe))