**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON**

| | | |
|---|---|---|
| **CASSANDRA POE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 6:26-cv-00164** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant The Lincoln National Life Insurance Company ("Lincoln") and files this Unopposed Motion Regarding Deadline to Respond to Plaintiff's Complaint.

1. Plaintiff filed her Complaint on May 21, 2026. Lincoln was served on June 9, 2026, and must file its Answer or otherwise respond by June 30, 2026.

2. Defendant requests an extension for Lincoln to respond to or answer Plaintiff's Complaint in order to allow it time to obtain the necessary documents to appropriately respond to the Complaint. Accordingly, Defendant respectfully requests that the Court enter an order that Lincoln have until and including July 14, 2026, to answer or otherwise respond to Plaintiff's Complaint.

3. The office of the undersigned conferred with Plaintiff's counsel, Karl Cody Allison and Samuel D. Payne, with regard to the relief requested in this Motion, and Plaintiff's counsel has stated that Plaintiff is not opposed to this Motion.

4. This Motion Regarding Deadline to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

## PRAYER

Defendant requests that the Court enter an order that Lincoln shall have until and including July 14, 2026, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted, this 29th day of July 2026.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
(Motion for Admission *Pro Hac Vice* pending)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

K. Cody Allison, Esq.
cody@codyallison.com

Samuel D. Payne, Esq.
sam@codyallison.com

June 29, 2026
Date

/s/ Iwana Rademaekers
Iwana Rademaekers