**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON**

| | | |
|---|---|---|
| **CASSANDRA POE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 6:26-cv-00164** |

## ORDER EXTENDING ANSWER DEADLINE

Defendant The Lincoln National Life Insurance Company ("Lincoln") has moved for an extension of time to July 14, 2026, respond to Plaintiff's Complaint.

The Court finds that the Unopposed Motion should be GRANTED.

IT IS THEREFORE ORDERED that Lincoln shall have up to and including, July 14, 2026, to serve its response to Plaintiff's Complaint.