UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| CASSANDRA POE, | ) | |
| Plaintiff, | ) | No. 6:26-CV-164-CHB-HAI |
| v. | ) | ORDER |
| LINCOLN NATIONAL LIFE INS. CO., | ) | |
| Defendant. | ) | |

*** *** *** ***

Iwana Rademaekers has moved to appear *pro hac vice* for Defendant Lincoln National Life Insurance Company. D.E. 7. Having determined that these filings meet the requirements in Joint Local Civil Rule 83.2, the Court **HEREBY GRANTS** Defendant's motion (D.E. 7).

This the 30th day of June, 2026.

Signed By:
Hanly A. Ingram
United States Magistrate Judge