UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| CASSANDRA POE,<br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | ) | No. 6:26-CV-164-CHB-HAI<br><br>ORDER |

*** *** *** ***

District Judge Boom has referred this matter to the undersigned to direct the parties to "timely conduct a Rule 26(f) conference," and establish a schedule, among other things. D.E. 3 at 1-2. Pursuant to Fed. R. Civ. P. 16 and 26, the Court **ORDERS** as follows:

(1) **Within 21 days**, the parties, by counsel, shall meet, either in person or by telephone, to consider the topics Rule 26(f)(2) mandates.

(2) **Within 14 days** of the meeting, the parties shall file a joint status report containing:

a. The discovery plan, containing, *inter alia*, the parties' views and proposals on all items Rule 26(f)(3) lists and any standard scheduling order deadlines / requirements on which the parties wish the Court to consider specific timing proposals;

b. The parties' estimate of the time necessary to file pretrial motions;

c. The parties' belief(s) as to whether the matter is suitable for some form of alternative dispute resolution and any proposed timing;

d. The parties' estimate as to the likely length of trial and dates mutually convenient for trial; and

e. The parties' decision whether, as to this matter, they voluntarily consent to the jurisdiction of a United States Magistrate Judge for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C. § 636(c). The parties, if they choose to consent, should so indicate by signing the attached consent form no later than the date the joint status report is due. The Clerk shall then reassign this matter to the appropriate Magistrate Judge on this docket without the necessity of further Order of the Court. *See* LR 73.1(c). The parties are free to withhold consent without adverse substantive consequences.

(3) If the parties propose a deadline for dispositive motions to be filed that is more than one (1) year from the date the joint status report required by paragraph (2) is filed, they SHALL specifically describe the basis for the length of their proposed schedule with sufficient detail for the Court to assess that schedule and its progression, including in particular the discovery and dispositive motions deadlines. If such basis and detail is not provided, the Court will shorten the timeline provided by the parties.

This the 15th day of July, 2026.

**Signed By:**
***Hanly A. Ingram***
**United States Magistrate Judge**