**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

**CASSANDRA POE,**

**Plaintiff;** **Case No.: 6:26-cv-00164-CHB-HAI**

**vs.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**Defendant.**

---

## MOTION FOR ADMISSION *PRO HAC VICE* OF SAMUEL D. PAYNE

---

The undersigned counsel for Plaintiff, Cassandra Poe, moves for permission for Samuel D. Payne ("Applicant") to appear *pro hac vice* to practice and serve as additional counsel for Plaintiff in the above-referenced case. This motion is submitted pursuant to Local Civil Rule 83.2 of the Court herein.

In support of this motion, the undersigned states as follows:

1. Applicant is an attorney with the law firm of Cody Allison & Associates, PLLC, with offices in Tennessee as noted on the signature line below.
2. Applicant practices law with the undersigned, K. Cody Allison, an attorney admitted and in good standing with the State Bar of Kentucky (KBA #97985), and who has already appeared on behalf of Plaintiff in this matter.
3. Applicant will serve as additional counsel for Plaintiff, alongside Mr. Allison.
4. A supporting Declaration from Applicant will be filed contemporaneously herewith to satisfy the specific requirements of Rule 83.2.

5. Undersigned counsel will tender to the Clerk of Court contemporaneously herewith the currently-prescribed *pro hac vice* admission fee on behalf of Applicant.

WHEREFORE, Plaintiff, Cassandra Poe, prays that this Court enter an Order permitting admission of Samuel D. Payne to the Eastern District of Kentucky *pro hac vice* for purposes of the instant case.

Respectfully submitted this 20th day of July, 2026, by:

*/s/ K. Cody Allison*
K. Cody Allison, KBA #97985
CODY ALLISON & ASSOCIATES, PLLC
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Telephone: 615-234-6000
Facsimile: 615-727-0175
cody@codyallison.com

***Counsel for Plaintiff Lisa Belcher***

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2026, it is anticipated that a true and correct copy of the foregoing document will be served via the Court's ECF system on:

Iwana Rademaekers, Esq.
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

*Attorney for Defendant*

/s/ *K. Cody Allison*
K. Cody Allison, Esq.