**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

**CASSANDRA POE,**

**Plaintiff;** **Case No.: 6:26-cv-00164-CHB-HAI**

**vs.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**Defendant.**

---

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF SAMUEL D. PAYNE

---

Plaintiff, Cassandra Poe, filed a motion to admit Samuel D. Payne to appear *pro hac vice* in the above-referenced case. Having determined that the motion complies with the requirements of Local Civil Rule 83.2, it is hereby **ORDERED** that said motion is **GRANTED**.

This the ___ day of July, 2026.

__________________________________
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY