UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| CASSANDRA POE, | ) | |
| Plaintiff, | ) | No. 6:26-CV-164-CHB-HAI |
| v. | ) | ORDER |
| LINCOLN NATIONAL LIFE INS. CO., | ) | |
| Defendant. | ) | |

*** *** *** ***

Plaintiff has moved to admit Samuel D. Payne to appear *pro hac vice*. D.E. 14. Having determined that these filings meet the requirements in Joint Local Civil Rule 83.2, the Court **HEREBY GRANTS** Plaintiff's motion (D.E. 14).

This the 21st day of July, 2026.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge