UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| CASSANDRA POE,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | No. 6:26-CV-164-CHB-HAI<br><br>SCHEDULING ORDER |

*** *** *** ***

This matter has been referred to the undersigned to establish a schedule based on party input under Rule 26(f). D.E. 3. The parties filed a joint status report on August 19, 2026, and included a proposed discovery plan under Federal Rule of Civil Procedure 26(f). D.E. 16. Pursuant to Fed. R. Civ. P. 16, and upon consideration of the parties' Rule 26(f) report, the Court **ADOPTS** the following schedule for discovery and dispositive motions in this case:

1. The parties explain that, because this is an ERISA benefits case based on the administrative record, initial disclosures under Fed. R. Civ. P. 26(a) are not required. The Defendant has already served a copy of the administrative record on Plaintiff.

2. Plaintiff shall have up to and including **September 18, 2026,** by which to object in writing to the content of the administrative record. If the dispute is not resolved by mutual agreement, Plaintiff shall have up to and including **October 16, 2026,** by which to file any objections.

3. The parties shall complete discovery by **November 25, 2026**. This deadline means, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.

4. On or before **December 23, 2026,** the parties shall file the stipulated administrative record. Any extension of this deadline must be requested by motion. *See* Joint Local Civil Rule 7.1. And any request for sealing must be done in accordance with Joint Local Civil Rule 5.6.

5. No later than **February 17, 2027**, counsel for the parties shall file all dispositive motions with responses thereto due by **March 17, 2027**. Reply briefs are due by **March 31, 2027**. Any depositions cited to in a motion or other brief must be filed in their entirety along with the motion or other brief (either as a separate record entry or if feasible as an attachment).

6. The Court **HEREBY ORDERS** that a mid-discovery telephonic status conference **SHALL** occur on **Friday, October 9, 2026, at 11:30 a.m.** The call, based in London, will be off the record and for counsel only. To join the teleconference, the parties are **DIRECTED** to dial (859) 474-8484 and enter conference ID 124 974 484 #.

7. In accordance with District Judge Boom's referral order (D.E. 3), the Court declines at this time to schedule a pretrial conference, trial, or deadlines for related filings. Upon resolution of any summary judgment motion or expiration of deadlines for same, Judge Boom will, as necessary and appropriate, set other deadlines (*e.g.* liminal and *Daubert* motions, pretrial filings) and schedule further proceedings. However, should the parties seek to establish *Daubert* or *in limine* deadlines contemporaneous with the

dispositive motion deadlines set forth above, they may file a motion to amend this Scheduling Order describing the need for such deadlines.

8. The Court builds the case schedule based on party input. Modification of this schedule thus is disfavored and will only occur under the standards and mechanics of Rule 16 and/or Rule 6, as applicable.

9. Other than the agreed-upon discovery limits within the parties' Rule 26(f) report, the default limits within the discovery rules apply.

This the 20th day of August, 2026.

**Signed By:**
***Hanly A. Ingram***
**United States Magistrate Judge**